IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JOSE SANCHEZ, ) | | |
|     Plaintiff, ) | | |
| ) | | |
| vs. ) | No. | 12-49-SCW |
| ) | | |
| ) | | |
| S.A. GODINEZ, D. REDNOUR, ) | | |
| SHERRY BENTON, J. DURHAM, ) | | |
| D. WESTERMAN, SERGENAT ) | | |
| HASSEMEYER, PHELPS, and ) | | |
| A. HOOD, ) | | |
| ) | | |
|     Defendant(s), ) | | |
| ) | | |

## JUDGMENT IN A CIVIL CASE

Defendant A. Hood was dismissed with prejudice on July 9, 2012, by an Order entered by Chief Judge Michael J. Reagan (Doc. 9).

Defendant D. Westerman was dismissed with prejudice on April 16, 2015 by an Order entered by Magistrate Judge Stephen C. Williams (Doc. 106).

Defendant Phelps was dismissed with prejudice on May15, 2015 by an Order entered by Magistrate Judge Stephen C. Williams (Doc. 121).

**THEREFORE** Judgment is entered in favor of **D. WESTERMAN, PHELPS** and **A. HOOD a**nd against Plaintiff **JOSE L. SANCHEZ**.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant an Order entered by United States Magistrate Judge Stephen C. Williams on May 22, 2015 (Doc. 123) the above-captioned action is **DISMISSED** with prejudice.

**Dated:  May 20, 2016**

                                                                                **Justine Flanagan, Acting Clerk of Court**

                                              **By: s//Angela Vehlewald**
                                                           **Deputy Clerk**

**Approved: s//Stephen C. Williams**
        **STEPHEN C. WILLIAMS**
        **UNITED STATES MAGISTRATE JUDGE**